# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICIA JANE VANCE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV115 |
| | ) | |
| V. | ) | |
| | ) | |
| **CAROLYN J. COLVIN, Acting** | ) | **ORDER** |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 3). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 3) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED April 15, 2015.**

           BY THE COURT:

           S/ F.A. Gossett
           **United States Magistrate Judge**