# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA JANE VANGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV115 |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN J. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a Notice of Appeal (Filing No. 19) pertaining to the Court's Memorandum and Order dated January 19, 2016 (Filing No. 17).

The Court finds that because Plaintiff proceeded IFP in the district court, she may now proceed on appeal in forma pauperis without further authorization.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff is permitted to proceed in forma pauperis on appeal.

2. The Clerk of Court shall provide the Eighth Circuit Court of Appeals with a copy of this order.

**DATED March 2, 2016.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**